UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BENJAMIN HOLLY,<br><br>Plaintiff(s),<br><br>v.<br><br>NYE COUNTY SHERIFF'S DEPT.,<br><br>Defendant(s). | Case No. 2:16-CV-2640 JCM (CWH)<br><br>ORDER |

Presently before the court is Magistrate Judge Carl W. Hoffman's screening order and report and recommendation ("R&R"). (ECF No. 7).

Judge Hoffman notes that plaintiff Benjamin Holly ("plaintiff") previously filed an action, case number 2:16-cv-02607-JAD-VCF, based on the same facts as the instant action. *Id.* at 2. Plaintiff admits as much. *Id.*; (*see also* ECF No. 4 at 3). Judge Hoffman confirmed that the facts and issues in both cases "are nearly identical." (ECF No. 7 at 2). Plaintiff's other action was dismissed for failure to state a claim. *See Holly v. Nye County Sherrif's* Dept, case no. 2:16-cv-02607-JAD-VCF. Thus, Judge Hoffman recommends that this case be dismissed under the doctrine of claim preclusion, and the case be closed. (ECF No. 50).

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

**James C. Mahan**
**U.S. District Judge**

(1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Hoffman's R&R (ECF No. 7) be, and the same hereby is, ADOPTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED.

The clerk is instructed to enter judgment and close the case accordingly.

DATED February 24, 2020.

_____
UNITED STATES DISTRICT JUDGE